IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IRMA ORONA,

    Plaintiff,

vs.                                                                                                  CV No. 08-0794 MV/GBW

AUTO INVESTORS, LLC,
GABRIEL ENCEE, and GREAT
AMERICAN INSURANCE
COMPANY,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

This matter is before the Court upon a review of the record, and having conferred with counsel about a mutually-convenient date and time, **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Wednesday, July 1, 2009, at 9:30 a.m.** Counsel for Plaintiff shall initiate and coordinate the telephone conference call to (575) 528-1460. It is recommended that a reliable long-distance carrier be used to insure sound quality.

_____
GREGORY B. WORMUTH
UNITED STATES MAGISTRATE JUDGE